IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Justine Jones, | ) |
| | ) C.A. No. 3:16-cv-466-MBS-KDW |
| Plaintiff, | ) |
| | ) |
| v. | ) **STIPULATION OF DISMISSAL** |
| | ) **WITH PREJUDICE** |
| Richland County, | ) |
| | ) |
| Defendant. | ) |
| | ) |

It is hereby stipulated and agreed that the above action be discontinued and dismissed with prejudice, the parties to bear their respective costs and attorneys' fees.

s/ J. Lewis Cromer
J. Lewis Cromer (FID 362)
Shannon Polvi (FID 11978)
Cromer Babb Porter & Hicks, LLC
Post Office Box 11675
Columbia, SC 29211
Phone: 803-799-9530
Fax: 803-799-9533
Email: jlc@cbphlaw.com
shannon@cbphlaw.com

ATTORNEYS FOR PLAINTIFF

s/ R. Hayne Hodges III
Hayne Hodges, III (FID #9663)
Linda P. Edwards (DCID # 608)
Gignilliat, Savitz & Bettis, LLP
900 Elmwood Ave., Suite 100
Columbia, SC  29201
Tel.: (803) 799-9311
Fax: (803) 254-6951
hhodges@gsblaw.net
lpedwards@gsblaw.net

ATTORNEYS FOR DEFENDANT